1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MAURICIO J. GODOY,                    ) NO. CV 11-8828-GAF (MAN)
                                           )
12              Petitioner,                )
                                           )
13        v.                               ) JUDGMENT
                                           )
14   RANDY GROUNDS,                        )
                                           )
15              Respondent.                )
     _____)
16

17

18        Pursuant   to   the   Court's   Order   Accepting   Findings   and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS ADJUDGED that this action is dismissed with prejudice.

22

23   DATED: <u>May 2, 2013</u>.

24

25                                         _____
                                           GARY A. FEESS
26                                         UNITED STATES DISTRICT JUDGE

27

28